

# Fourth Court of Appeals
## San Antonio, Texas

December 6, 2019

No. 04-19-00741-CV

**IN RE** Leticia R. **BENAVIDES,**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2011PB000081L2
Honorable Hugo Martinez, Judge Presiding

# O R D E R

The Relator's Motion for Extension of Time to File Motion for Rehearing (Opposed) is hereby GRANTED.  The Relator's Motion for Rehearing is due by January 6, 2020.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of December, 2019.

It is so **ORDERED** on December 6, 2019.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
Clerk of Court